[No. 8856–8–II.   Division Two.   July 1, 1987.]

*In the Matter of the Marriage of* GERALD L. YONKE, *Appellant, and* JOYCIE J. YONKE, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 83–3–00713–1, Leonard W. Kruse, J., entered May 14, 1985. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Harris and Williams, JJ. Pro Tem.

[No. 9352–9–II.   Division Two.   July 1, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS EDWARD JOSLIN, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85–1–00066–1, John W. Schumacher, J., entered November 18, 1985. *Affirmed* by unpublished opinion per Gavin, J. Pro Tem., concurred in by Dolliver and Williams, JJ. Pro Tem.

[No. 9056–2–II.   Division Two.   July 1, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY CRESS, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 84–1–00450–2, Carol A. Fuller, J., entered July 22, 1985. *Affirmed* by unpublished opinion per Steiner, J. Pro Tem., concurred in by Jones and Utter, JJ. Pro Tem.

[No. 9150–0–II.   Division Two.   July 1, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. EDITH MARIE HATFIELD, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 85–1–00240–7, Robert L. Harris, J., entered September 5, 1985. *Affirmed* by unpublished opinion per Steiner, J. Pro Tem., concurred in by Jones and Utter, JJ. Pro Tem.